MICHAEL J. GOBOS v. NEW YORK, WESTCHESTER AND BOSTON RAILWAY COMPANY.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.